**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **GUSTAVO NURICUMBO MORENO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | |
| | § | **CAUSE NO. EP-26-CV-1113-KC** |
| **MICHAEL WATKINS et al.,** | § | |
| | § | |
| **Respondents.** | § | |
| | § | |

## FINAL JUDGMENT

On this day, the Court considered the case.  On April 27, 2026, the Court granted in part Gustavo Nuricumbo Moreno's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision.  Apr. 27, 2026, Order 3, ECF No. 7.

Respondents have now informed the Court that on April 30, 2026, an IJ denied Moreno bond due to flight risk and danger.  Status Report, ECF No. 9; *see id.* Ex. A ("IJ Order"), ECF No. 9-1.

It appears that no matters remain to be resolved in this case.  *See generally* Pet., ECF No. 3; Apr. 27, 2026, Order.  Accordingly, the Motion to Appoint Counsel, ECF No. 4, is **DENIED** as **MOOT**.

**The Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 6th day of May, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE